# Order

**Michigan Supreme Court**
**Lansing, Michigan**

September 9, 2008

136277

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

THOMAS J. BURKE,
        Plaintiff-Appellee,

v

BURKE RENTAL SERVICES, INC.,
THE BURKE COMPANY, L.L.C.,
JOHN C. BURKE, MICHAEL C. BURKE, and
KEVIN BURKE,
        Defendants-Appellants.

SC: 136277
COA: 275828
Macomb CC: 2006-003942-CZ

_____/

On order of the Court, the application for leave to appeal the March 11, 2008 judgment of the Court of Appeals is considered, and it is DENIED, because we are not persuaded that the question presented should be reviewed by this Court.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

September 9, 2008

p0828

_____
Clerk